Clara S. Blood, Executrix, etc., of A. R. Blood, deceased, for the use of H. D. Brown *v.* Crew Levick Company, Appellant.

Argued May 5, 1896. Appeal, No. 141, Jan. T., 1896, by defendant, from order of C. P. Warren Co., Sept. T., 1894, No. 45, making absolute a rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN, WILLIAMS, MITCHELL and DEAN, JJ. Affirmed.

*Theodore F. Jenkins*, with him *Allen & Sons*, for appellant.

*Samuel T. Neil*, with him *H. E. Brown*, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, October 5, 1896:

This case depends upon the same questions that have been considered and decided in the preceding case, brought by the same legal plaintiff for the use of Brown Oil Company against the same defendant.

It is not desirable to enter again upon their discussion. For the reasons there stated the judgment is affirmed.